The People of the State of Illinois, Plaintiff-Appellee, v. Robert E. Henderson, Defendant-Appellant.

Gen. No. 69–79. (Abstract of Decision.)

Fifth District.

June 2, 1970.

James S. Parker and Richard H. Brummer, of Effingham, for appellant; Frank G. Schniederjon, State's Attorney, of Effingham, for appellee. Opinion by JUSTICE EBERSPACHER. Not to be published in full.